**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **UNILOC USA INC, UNILOC LUXEMBOURG S.A.,** | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | **CIVIL ACTION NO.  2:18-CV-00123-JRG** |
| **AMAZON.COM, INC.,** | § § § § | |
| *Defendant*. | | |

## ORDER

Before the Court is Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg SA (collectively "Uniloc") and Defendant Amazon.com's ("Amazon") Joint Stipulation for Entry of Order of Dismissal With Prejudice (the "Stipulation"). (Dkt. No. 23.) Having considered the Stipulation, the Court hereby **ORDERS** that any and all claims by Uniloc against Amazon are **DISMISSED WITH PREJUDICE**.  It is further **ORDERED** that each party shall bear its own attorney's fees, expenses, and costs.  All pending motions requested by the parties in the above-captioned case are **DENIED AS MOOT**.  The Clerk of Court is **DIRECTED TO CLOSE** Case No. 2:18-cv-00123-JRG.

**So ORDERED and SIGNED this 21st day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE